IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

|  |  |
|---|---|
| **Thomas W Tripler**<br>**Patricia M Tripler**<br><br>**Debtor** | : CHAPTER 13<br>:<br>:<br>:<br>: CASE NO.<br>:<br>: |

### CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

      I, Thomas W Tripler and Patricia M Tripler hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

    \_\_\_\_ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    \_\_\_ I have received no regular income other than Veteran Disability and Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    \_\_X\_\_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals. I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

    \_\_\_\_ I did not receive payment advices due to factors other than those listed above. I am unemployed

      I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 4/5/2024

patricia tripler  _[signature]_
Debtor

Dated: 4/5/2024

thomas tripler  _[signature]_
Debtor