# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>Thomas W. Tripler<br>Patricia M. Tripler<br>      Debtor(s)<br>Recovery PNPMS Trust II<br>      Movant<br>v.<br>Thomas W. Tripler<br>Patricia M. Tripler<br>      Respondent(s) | Chapter: 13<br><br>Case No: 25-11492-pmm |

## **ORDER**

AND NOW, upon the Objection of Recovery PNPMS Trust II and after the opportunity for hearing and considering of all evidence, arguments and briefs of Counsel, it is ORDERED and DECREED that confirmation of the Chapter 13 Plan is DENIED.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE