**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Thomas W. Tripler<br>Patricia M. Tripler<br>　　　　Debtor(s)<br>Recovery PNPMS Trust II<br>　　　　Movant<br>v.<br>Thomas W. Tripler<br>Patricia M. Tripler<br>　　　　Respondent(s) | Chapter: 13<br><br>Case No: 25-11492-pmm |

## CERTIFICATE OF SERVICE OF OBJECTION TO PLAN

　　I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
**Counsel for Debtor**

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Thomas W. Tripler
601 Willowbrook Rd
Havertown, PA 19083-4433

Patricia M. Tripler
601 Willowbrook Rd
Havertown, PA 19083-4433
**Debtor(s)**

　　　　　　　　　　　　　　　STERN & EISENBERG, PC
　　　　　　　　　　　　　　　*By: /s/ Daniel P. Jones*
　　　　　　　　　　　　　　　Daniel P. Jones, Esquire
　　　　　　　　　　　　　　　Stern & Eisenberg, PC
　　　　　　　　　　　　　　　djones@sterneisenberg.com
　　　　　　　　　　　　　　　Bar Number: 321876
Date:  June 26, 2025　　　　　Counsel for Movant