L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>THOMAS W TRIPLER AND PATRICIA M TRIPLER<br>    Debtors | Case No. 25-11492-pmm<br><br>Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1,<br>    Movant<br><br>vs.<br>THOMAS W TRIPLER AND PATRICIA M TRIPLER<br>    Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on August 19, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion and Motion for Relief from the Automatic Stay

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: August 19, 2025

                                              */s/Andrew Spivack*
                                              Andrew Spivack, PA Bar No. 84439
                                              Mario Hanyon, PA Bar No. 203993
                                              Ryan Srnik, PA Bar No. 334854
                                              Jay Jones, PA Bar No. 86657
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              3825 Forrestgate Drive
                                              Winston Salem, NC 27103
                                              Telephone: (844) 856-6646
                                              Facsimile: (704) 369-0760
                                              E-Mail: PABKR@brockandscott.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
Bankruptcy Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
US Trustee
Via:   ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Thomas W Tripler
601 Willowbrook Road
Havertown, PA 19083
Debtor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Patricia M Tripler
601 Willowbrook Rd
Havertown, PA 19083
Debtor
Via:   ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other: