**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| In Re: | : | |
| THOMAS W TRIPLER | : | Bankruptcy No. 25-11492-pmm |
| PATRICIA M TRIPLER, | | |
| Debtor | : | Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 | : | |
| Movant | : | |
| | : | |
| v. | : | |
| THOMAS W TRIPLER | : | 11 U.S.C. §362 |
| PATRICIA M TRIPLER | | |
| and | | |
| KENNETH E. WEST, ESQUIRE (TRUSTEE) | | |
| Respondent(s) | : | |

**CERTIFICATION OF NO ANSWER REGARDING DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2006-1, ASSET-BACKED CERTIFICATES, SERIES 2006-1'S**
**MOTION FOR RELIEF FROM STAY (DE 20)**

The undersigned hereby certifies that, as of September 4, 2025, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before September 2, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: September 4, 2025                 Respectfully submitted,

                                          Brock & Scott, PLLC

                                          */s/Andrew Spivack*

Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: : | |
| **THOMAS W TRIPLER** : | Bankruptcy No. 25-11492-pmm |
| **PATRICIA M TRIPLER,** | |
| Debtor : | Chapter 13 |
| **Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1** : | |
| Movant : | |
| : | |
| v. : | |
| **THOMAS W TRIPLER** : | 11 U.S.C. §362 |
| **PATRICIA M TRIPLER** | |
| and | |
| **KENNETH E. WEST, ESQUIRE (TRUSTEE)** | |
| Respondent(s) : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on September 6, 2025 to the following:

THOMAS W TRIPLER
601 WILLOWBROOK ROAD
HAVERTOWN, PA 19083

PATRICIA M TRIPLER
601 Willowbrook Rd
Havertown, PA 19083

MICHAEL A. CIBIK, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com


KENNETH E. WEST, Bankruptcy Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee, US Trustee

Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

                                */s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com