Thomas Tripler
re: Case No 25-11492

- Extenuating circumstances, Requesting a restart of 13.

- At outset of Ch. 13, in May, I cut my finger off, requiring surgery on nerves and tendons of my left hand. It inhibited my ability to earn a living. I am just now healthy again.

- Additionally, I have two elderly parents who have suffered health setbacks simultaneously, requiring my assistance. Stretching an already thin bandwidth, even thinner.

- Any understanding with regard to these atypical situations would be appreciated and serve to open the path to financial recovery for me.