# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| THOMAS W. TRIPLER | | |
| PATRICIA M. TRIPLER | : | Case No. 25-11492 (PMM) |
| Debtor(s) | : | |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on September 23, 2025,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

Date: 9/23/2025

*Patricia M. Mayer*

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**