United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 25-11492-pmm
Thomas W. Tripler     Chapter 13
Patricia M. Tripler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 24, 2025     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Thomas W. Tripler, Patricia M. Tripler, 601 Willowbrook Rd, Havertown, PA 19083-4433 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 11625 N. Community House Rd, Charlotte, NC 28277-1581 |
| cr | + | Recovery PNPMS Trust II, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Ce andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DANIEL P. JONES | on behalf of Creditor Recovery PNPMS Trust II djones@sterneisenberg.com bkecf@sterneisenberg.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 24, 2025 | Form ID: pdf900 | Total Noticed: 3 |

MARIO J. HANYON

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Ce wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK

    on behalf of Debtor Thomas W. Tripler help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK

    on behalf of Joint Debtor Patricia M. Tripler help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEVEN K. EISENBERG

    on behalf of Creditor Recovery PNPMS Trust II seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| THOMAS W. TRIPLER | | |
| PATRICIA M. TRIPLER | : | Case No. 25-11492 (PMM) |
| Debtor(s) | : | |

## O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on September 23, 2025,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

**Date: 9/23/2025**

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**